Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Grant A. Winter - 266329
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
gwinter@ellislawgrp.com

Attorneys for Defendant CAPITAL MANAGEMENT SERVICES, L.P.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE GRANT, on behalf of himself, and all other persons similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL MANAGEMENT SERVICES, L.P.,<br><br>Defendant. | Case No.: 10-cv-2471 WQH (BGS)<br><br>**NOTICE OF ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CAPITAL MANAGEMENT SERVICES L.P.'S MOTION TO COMPEL ARBITRATION AND DISMISS CASE**<br><br>TIME: 11:00 a.m.<br>DATE: March 13, 2012<br>JUDGE: William Q. Hayes<br>CRT RM: 4<br><br>[NO ORAL ARGUMENT UNLESS REQUESTED BY COURT] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Defendant Capital Management Services, L.P. ("CMS") hereby submits the following errata to its Memorandum of Points and Authorities that was filed in support of its Motion to Compel Arbitration and Dismiss Case, on January 20, 2012:

1. At Page 1, Line 6, the word "collect" should be replaced with the word "collector."

2. At Page 7, Line 5, the word "Agreement" should be replace with the word "Act."

| | |
|---|---|
| 1 | Dated: February 6, 2012 |
| 2 | ELLIS LAW GROUP, LLP |
| 3 | By  /s/ Grant A. Winter |
| 4 | Grant A. Winter<br>Attorney for<br>CAPITAL MANAGEMENT SERVICES, L.P. |

- 2 -

NOTICE OF ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CAPITAL MANAGEMENT SERVICES L.P.'S MOTION TO COMPEL ARBITRATION AND DISMISS CASE

# CERTIFICATE OF SERVICE

I, Sharon Silva, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On February 6, 2012, I served the following document(s) on the parties in the within action:

**NOTICE OF ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CAPITAL MANAGEMENT SERVICES L.P.'S MOTION TO COMPEL ARBITRATION AND DISMISS CASE**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| Patrick Keegan<br>Keegan & Baker, LLP<br>6870 Embarcadero Lane<br>Carlsbad, CA 92013<br>pkeegan@keeganbaker.com | Attorneys for Plaintiff<br>WADE GRANT |
| James P. Frantz<br>Frantz Law Group, APLC<br>402 West Broadway<br>Suite 860<br>San Diego, CA 92101<br>jpf@frantzlawgroup.com | Attorneys for Plaintiff<br>WADE GRANT |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on February 6, 2012.

By _/s/ Sharon Silva_
Sharon Silva

- 3 -

NOTICE OF ERRATA TO THE MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CAPITAL MANAGEMENT SERVICES L.P.'S MOTION TO COMPEL ARBITRATION AND DISMISS CASE